# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SADE DECAY, individually and on behalf of persons similarly situated<br><br>VERSUS<br><br>DREAM PROVIDER CARE SERVICES OF LOUISIANA, INC., MICHELE OUBRE, AND TAKIYAH PARQUET | CIVIL ACTION NO. 17-41<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## ORDER OF DISMISSAL

CONSIDERING the *Stipulation of Dismissal*[1] filed by the Parties, pursuant to FRCP 41(a)(1)(A)(ii), in the above captioned matter;

**IT IS HEREBY ORDERED** that the above captioned matter is dismissed without prejudice.

Baton Rouge, Louisiana the 2 day of August, 2017.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 21.